IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
GREAT SOUTHERN WOOD          )
PRESERVING, INCORPORATED,    )
                             )
    Plaintiff,               )
                             )      CIVIL ACTION NO.
    v.                       )         1:13cv590-MHT
                             )              (WO)
WESTCHESTER FIRE INSURANCE   )
COMPANY and WESTCHESTER      )
SURPLUS LINES INSURANCE      )
COMPANY,                     )
                             )
    Defendants.              )
```

**JUDGMENT**

Pursuant to the joint stipulation of dismissal (doc. no. 28), it is the ORDER, JUDGMENT, and DECREE of the court that this case is dismissed in its entirety without prejudice, with no additional cost to be paid, and with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**This case is closed.**

**DONE, this the 12th day of January, 2015.**

                                      /s/ Myron H. Thompson  
                                     **UNITED STATES DISTRICT JUDGE**